## Rubin HOFFMAN, Relator-Appellant, v. UNITED STATES, J. Cullen Ganey, United States Attorney, and Joseph C. Reing, United States Marshal, Appellees.

No. 7376.

Circuit Court of Appeals, Third Circuit.

May 22, 1940.

Lemuel B. Schofield, of Philadelphia, Pa., for appellant.

Edward A. Kallick, of Philadelphia, Pa., for appellees.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The order of the district court is affirmed, the mandate to issue forthwith.